```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 47287
   GLEN E KOSTER
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1273


-------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/10/05 and confirmed on 12/16/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  46649.47 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | SECURED | 18275.00 | 2787.39 | 18275.00 |
| BANK OF CALUMET | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1978.00 | .00 | 534.06 |
| CREDIT FIRST NA | UNSECURED | 1058.82 | .00 | 285.88 |
| DISCOVER BANK | UNSECURED | 6402.23 | .00 | 1728.60 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4751.15 | .00 | 1282.81 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 257.45 | .00 | 69.51 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12043.78 | .00 | 3251.82 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 331.16 | .00 | 89.41 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20580.06 | .00 | 5556.62 |
| NORWEST FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTCAGE ARRE | 5465.01 | .00 | 5465.01 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINSDALE BANK & TRUST | UNSECURED | 3060.71 | .00 | 826.39 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 769.95 | .00 | 207.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4660.13 | .00 | 1258.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2690.74 | .00 | 726.50 |

```
              Summary of disbursements:
-------------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED       OTHER           TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      23740.01           .00       58584.18           .00      82324.19
PRINCIPAL PAID          23740.01           .00       15817.73           .00      39557.74
INTEREST PAID            2787.39           .00            .00           .00       2787.39
TOTAL PAID              26527.40           .00       15817.73           .00      42345.13
```
The Debtor's attorney, JOHN C DENT                   , was allowed $   2700.00
and was paid $     400.00   direct and $    2300.00   through the plan.

The Trustee received $    1949.28 .

Refunds to the Debtor totaled $      55.06 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/08/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                                      PAGE   2
         CASE NO. 05 B 47287 GLEN E KOSTER